# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ALEXI ANTONATOS,**

   **Plaintiff,**

**v.**            **Case No. 6:24-cv-47-JA-RMN**

**RICHCO INTERNATIONAL, INC.,**

   **Defendant.**

_____

## ORDER

 This case is before the Court on the parties' Joint Motion for Approval of Settlement (Doc. 16). The assigned United States Magistrate Judge has submitted a Report (Doc. 21) recommending that the motion be **GRANTED**. No objection to the Report has been filed, and the time for filing objections has passed.

 After review of the record in this matter, and noting that no objection has been filed, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

 1. The Report and Recommendation (Doc. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

 2. The parties' Joint Motion for Approval of Settlement (Doc. 16) is **GRANTED**.

3.      This case is **DISMISSED with prejudice.**

4.      The Clerk is directed to close the case.

**DONE** and **ORDERED** on May 13, 2024.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record